IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR61 |
| | ) | |
| JOHN JANTZON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's motion to continue trial (Doc. 50). A 60-day continuance is requested so that counsel can review discovery. Defendant wishes to review a large number of "additional" materials to which he was given access, but the motion does not state when the additional materials became available for inspection. The defendant has not filed a written affidavit signed by the defendant in accordance with NECrimR 12.1, and has not otherwise complied with paragraph 2 of the Trial Order filed September 16, 2008.

    **IT IS ORDERED** that the motion to continue trial (Doc. 50) is denied, and the trial of this matter remains set for October 14, 2008.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **12:00 noon on Wednesday, October 8, 2008.**

    **DATED October 6, 2008.**

                                                             **BY THE COURT:**

                                                             s/ F.A. Gossett
                                                              **United States Magistrate Judge**