IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR61** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **JOHN JANTZON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's: appeal (Filing No. 52) from the Magistrate Judge's order (Filing No. 51) denying the Defendant's unopposed motion to continue trial; and motion for hearing (Filing No. 53).

Pursuant to 28 U.S.C. § 636(b)(1)(A) and NECrimR 57.2, the court has reviewed the order from which this appeal has been taken. In an appeal from a magistrate judge's order on a pretrial matter within 28 U.S.C. § 636(b)(1)(A), a district court may set aside any part of the magistrate judge's order shown to be clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); NECrimR 57.2(c).

The Court has carefully reviewed the record. Judge Gossett's order is not clearly erroneous or contrary to law. The request for a hearing is denied.

IT IS ORDERED:

1. The Defendant's appeal (Filing No. 52) is denied;

2. The Defendant's motion for a hearing (Filing No. 53) is denied; and

3. The Magistrate Judge's Order denying the Defendant's motion to continue trial (Filing No. 51), is affirmed.

DATED this 8th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge